■ In the Matter of LEANNA M. (ANONYMOUS), Respondent, v. DOUGLAS J. (ANONYMOUS), Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.